■ The People of the State of New York, Respondent, v Anthony Zagoursky, Appellant. [63 NYS3d 288]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered September 19, 2013. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Curran and Winslow, JJ.